UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. GILMA RUIZ, AKA Gilam Ruiz Hernandez, AKA Gilma B. Ruiz Hernandez, AKA Gilma Beatriz Ruiz Hernandez, AKA Gilma B. Ruiz, AKA Gilma Beatriz Ruiz, Defendant - Appellant. | No. 12-50474 D.C. No. 8:08-cr-00144-DOC-1 U.S. District Court for Central California, Santa Ana **MANDATE** |

The judgment of this Court, entered December 06, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk